STEVEN J. COLOGNE, ESQ. (118534)
scologne@higgslaw.com
CHRISTINA G. BOBB, ESQ. (259430)
cbobb@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

Attorneys for Defendants
SAN DIEGO UNIFIED SCHOOL DISTRICT
and BOBBI PREVOST

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN STEWART,<br><br>        Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT, B. PREVOST, Badge #0724, and ONE UNKNOWN SAN DIEGO UNIFIED SCHOOL DISTRICT POLICE OFFICER,<br><br>        Defendants. | CASE NO. 13-CV-02460-L-NLS<br><br>**ANSWER OF B. PREVOST TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>CASE FILED:   October 11, 2013<br><br>CTRM:        5B<br>JUDGE:       M. James  Lorenz<br>TRIAL DATE:  Not Set |

Defendant B. Prevost ("Defendant") answers Plaintiff Justin Stewart's unverified First Amended Complaint ("Complaint"), as follows:

I.

## ANSWER TO ALLEGATIONS

1.    Answering Paragraph 1 of the Complaint, Defendant asserts the allegations contained therein are legal conclusions solely within the purview of the Court and for its determination, so no answer is required. To the extent an answer is required, said allegations are denied.

2.    Answering Paragraph 2 of the Complaint, Defendant is without

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 13-cv-02460-L-NLS
ANSWER OF B. PREVOST

1  sufficient knowledge or information to form a belief as to the truth of the
2  allegations contained in said paragraph, and on that basis denies each and
3  every allegation contained therein.

4    3.    Defendant admits the allegations in Paragraph 3.

5    4.    Defendant admits the allegations in Paragraph 4.

6    5.    Answering Paragraph 5 of the Complaint, Defendant is without
7  sufficient knowledge or information to form a belief as to the truth of the
8  allegations contained in said paragraph, and on that basis denies each and
9  every allegation contained therein.

10    6.    Paragraph 6 of the Complaint does not require an answer.

11    7.    Answering Paragraph 7 of the Complaint, Defendant is without
12  sufficient knowledge or information to form a belief as to the truth of the
13  allegations contained in said paragraph, and on that basis denies each and
14  every allegation contained therein.

15    8.    Answering Paragraph 8 of the Complaint, Defendant admits that
16  the Tierrasanta Recreation Center consists of athletic facilities and a park,
17  and is located next to Gaspar De Portola Middle School.  As to the rest of
18  the allegations, Defendant is without sufficient knowledge or information to
19  form a belief as to the truth of the allegations contained in said paragraph,
20  and on that basis denies them.

21    9.    Answering Paragraph 9 of the Complaint, Defendant is without
22  sufficient knowledge or information to form a belief as to the truth of the
23  allegations contained in said paragraph, and on that basis denies each and
24  every allegation contained therein.

25    10.    Answering Paragraph 10 of the Complaint, Defendant is without
26  sufficient knowledge or information to form a belief as to the truth of the
27  allegations contained in said paragraph, and on that basis denies each and
28  every allegation contained therein.

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

2

1        11.   Answering Paragraph 11 of the Complaint, Defendant is without

2  sufficient knowledge or information to form a belief as to the truth of the

3  allegations contained in said paragraph, and on that basis denies each and

4  every allegation contained therein.

5        12.   Answering Paragraph 12 of the Complaint, Defendant admits

6  that the officers smelled marijuana on the Plaintiff.  As to the rest of the

7  allegations, Defendant is without sufficient knowledge or information to form

8  a belief as to the truth of the allegations contained in said paragraph, and

9  on that basis denies them.

10        13.   Answering Paragraph 13 of the Complaint, Defendant is without

11  sufficient knowledge or information to form a belief as to the truth of the

12  allegations contained in said paragraph, and on that basis denies each and

13  every allegation contained therein.

14        14.   Answering Paragraph 14 of the Complaint, Defendant is without

15  sufficient knowledge or information to form a belief as to the truth of the

16  allegations contained in said paragraph, and on that basis denies each and

17  every allegation contained therein.

18        15.   Answering Paragraph 15 of the Complaint, Defendant admits

19  that the officers questioned Plaintiff about the nature of a medical device

20  found in Plaintiff's possession.  As to the rest of the allegations, Defendant

21  is without sufficient knowledge or information to form a belief as to the truth

22  of the allegations contained in said paragraph, and on that basis denies

23  them.

24        16.   Answering Paragraph 16 of the Complaint, Defendant denies

25  that the officers threw Plaintiff against a fence.  As to the rest of the

26  allegations, Defendant is without sufficient knowledge or information to form

27  a belief as to the truth of the allegations contained in said paragraph, and

28  on that basis denies them.

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

3

17. Answering Paragraph 17 of the Complaint, Defendant admits that the officers allowed Plaintiff's friend Nick to leave. As to the rest of the allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies them.

18. Answering Paragraph 18 of the Complaint, Defendant admits that the officers found marijuana, pill bottles, and drug paraphernalia in Plaintiff's possession. As to the rest of the allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies them.

19. Answering Paragraph 19 of the Complaint, Defendant admits that the officers cited Plaintiff for violation of Cal. Health & Safety Code section 11357(b). As to the rest of the allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies them.

20. Answering Paragraph 19 of the Complaint, Defendant admits that the officers allowed Plaintiff to leave. As to the rest of the allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies them.

21. Answering Paragraph 21 of the Complaint, Defendant answers each previous paragraph in the Complaint as above as though set forth here in full.

22. In answer to Paragraph 22 of the Complaint, Defendant denies each and every allegation contained therein.

23. In answer to Paragraph 23 of the Complaint, Defendant denies each and every allegation contained therein.

24. In answer to Paragraph 24 of the Complaint, Defendant denies

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

4

Case No. 13-cv-02460-L-NLS
ANSWER OF B. PREVOST

1   each and every allegation contained therein.

2         25.   In answer to Paragraph 25 of the Complaint, Defendant denies
3   each and every allegation contained therein.

4         26.   In answer to Paragraph 26 of the Complaint, Defendant denies
5   each and every allegation contained therein.

6         27.   In answer to Paragraph 27 of the Complaint, Defendant denies
7   each and every allegation contained therein.

8         28.   In answer to Paragraph 28 of the Complaint, Defendant denies
9   each and every allegation contained therein.

10         29.   In answer to Paragraph 29 of the Complaint, Defendant denies
11   each and every allegation contained therein.

12         30.   In answer to Paragraph 30 of the Complaint, Defendant denies
13   each and every allegation contained therein.

14         31.   In answer to Paragraph 31 of the Complaint, Defendant denies
15   each and every allegation contained therein.

16

## II.

## AFFIRMATIVE DEFENSES

18         As separate and distinct affirmative defenses to the Complaint, and to
19   each cause of action, this answering Defendant answers as follows:

20         1.     First Affirmative Defense

21         Plaintiff's Complaint fails to state facts sufficient to constitute a cause
22   of action against this answering defendant.

23         2.     Second Affirmative Defense

24         Defendant acted in good faith and with reasonable belief that her
25   conduct was lawful and necessary

26         3.     Third Affirmative Defense

27         Defendant is immune from liability for punitive damages.

28   ///

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

5

Case No. 13-cv-02460-L-NLS
ANSWER OF B. PREVOST

4.     Fourth Affirmative Defense

Defendant is not liable for injuries resulting from acts or omissions which were an exercise of discretion in the absence of a statute declaring such liability.

5.     Fifth Affirmative Defense

Defendant is not liable while acting within the scope of her duties for injuries resulting from judicial or administrative proceedings.

6.     Sixth Affirmative Defense

Defendant is not liable for the execution or enforcement of the California Penal Code where due care is exercised.

7.     Seventh Affirmative Defense

At the time of the alleged conduct, Defendant attempted to persuade the Plaintiff to follow directions and in doing so, only used force necessary to the occasion.

8.     Eighth Affirmative Defense

Defendant was negligent about the matters alleged in the Complaint and caused the happening of the alleged incident, injuries and damages complained of, if any exist.

9.     Ninth Affirmative Defense

Defendant was at all times alleged in the Complaint performing her duties required by law under conditions required by law.

10.     Tenth Affirmative Defense

Any and all acts of the Defendant at all times alleged in the Complaint were reasonable and Defendant had reasonable cause to act in the manner she did.

11.     Eleventh Affirmative Defense

At the time of the contact with Plaintiff, Defendant was acting within the scope of her employment and had probable cause to believe Plaintiff

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

6

Case No. 13-cv-02460-L-NLS
ANSWER OF B. PREVOST

1 was engaging in, or had just engaged in, a prohibited activity.  During the
2 contact, Defendant was acting within the scope of her employment and had
3 probable cause to believe Plaintiff had committed a crime.

4     12.   Twelfth Affirmative Defense

5     The Court lacks jurisdiction over the claims in the Complaint.

6     13.   Thirteenth Affirmative Defense

7     Plaintiff does not have standing to seek relief.

8     14.   Fourteenth Affirmative Defense

9     The injuries and damages, if any, were the result of the exercise of
10 the discretion vested in the Defendant and there is no liability under law,
11 including pursuant to California Government Code section 815.2 and 820.2.

12     15.   Fifteenth Affirmative Defense

13     Defendant is not liable for her acts or omissions while exercising due
14 care, in the execution or enforcement of any law pursuant to California
15 Government Code sections 820.4 and 815.2.

16     16.   Sixteenth Affirmative Defense

17     Defendant is not liable for the act or omission of another person under
18 Government Code section 820.8.

19     17.   Seventeenth Affirmative Defense

20     Defendant is not liable for Plaintiff's own conduct because but for the
21 Plaintiff's own conduct, the events alleged in the Complaint would not have
22 occurred and Defendant would not have been involved or engaged in the
23 matters alleged in the Complaint, including any citation, detention,
24 apprehension, arrest, control or force, if any.

25     18.   Eighteenth Affirmative Defense

26     Plaintiff's Complaint is barred for failure to comply with the claims
27 presentation requirements set forth in California Government Code sections
28 901 et seq. (Government Claims Act).

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

7

Case No. 13-cv-02460-L-NLS
ANSWER OF B. PREVOST

19. Nineteenth Affirmative Defense

Defendant is protected from liability pursuant to the doctrine of qualified immunity. At all times, Defendant's conduct was reasonable, lawful, based on probable cause and within the scope of her official duties and employment.

20. Twentieth Affirmative Defense

Defendant reserves the right to allege and does affirmatively allege the affirmative defenses set forth in Rule 8 as if fully set forth herein, and particularly including assumption of risk, contributory negligence, estoppel, latches, res judicata, statute of limitations and waiver.

21. Twenty-First Affirmative Defense

Defendant reserves the right to amend this Answer and add affirmative defenses.

III.

PRAYER FOR RELIEF

1. Plaintiff takes nothing by his Complaint;

2. Defendant receives fees and costs of suit incurred herein; and

3. Such other relief as the Court deems proper.

///
///
///
///
///
///
///
///
///
///

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

8

Case No. 13-cv-02460-L-NLS
ANSWER OF B. PREVOST

1                                                 IV.

2                    DEMAND FOR JURY TRIAL

3     Defendant respectfully demands a jury trial.

4   DATED:  October 28, 2014       Respectfully Submitted,

5                         HIGGS FLETCHER & MACK LLP

7                         By: *s/ CHRISTINA G. BOBB*

8                         STEVEN J. COLOGNE, ESQ.
9                         CHRISTINA G. BOBB, ESQ.
                             Attorneys for Defendants
10                      SAN DIEGO UNIFIED SCHOOL
                            DISTRICT and BOBBI PREVOST

12  1220994.1