UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN STEWART,<br><br>                                    Plaintiff,<br><br>v.<br><br>B. PREVOST,<br><br>                                    Defendant. | Case No.:  3:13-cv-02460-L-NLS<br><br>**ORDER RE: TRIAL** |

On August 1, 2016 this 42 U.S.C. § 1983 action came on for a final pretrial conference.  After consulting with counsel and for good cause shown **IT IS HEREBY ORDERED**:

1. A jury trial is scheduled to begin on **Tuesday, January 10, 2017** at **9:00 a.m.** The case shall be tried before eight jurors.
2. The parties shall file and serve their motions *in limine* on or before **December 5, 2016.**
3. The parties shall file and serve their respective oppositions to the motions *in limine* on or before **December 19, 2016**.
4. The parties shall not file any reply briefs without first obtaining leave from the Court.
5. A hearing on motions *in limine* is scheduled for **January 5, 2017** at **9:00 a.m**.

6. No later than **December 30, 2016** each side shall file and serve its final witness and exhibit lists.  Four copies of witness and exhibit lists must be delivered to chambers.

7. No later than **December 30, 2016** each side shall lodge and serve proposed voir dire questions and designated deposition transcripts, if any.  Two copies of each must be delivered to chambers for the court reporter.  The pertinent portions of the designated transcripts shall be marked.

8. If the parties intend to use any electronic, audio, or video equipment at trial, they must, no later than **December 30, 2016,** comply with the appropriate provisions of the undersigned's Standing Order for Civil Cases.

9. No later than **December 30, 2016** the parties are to submit jury instructions to the Court in the following format:

    a. The parties are required to *jointly* submit one set of agreed-upon instructions.  To this end, the parties must serve their proposed instructions upon each other at least ten days prior to the date the instructions are due.  The parties shall then meet, confer, and submit to the Court one complete set of agreed upon instructions.  The Court prefers to use standard pattern instructions, such as the Ninth Circuit Model Civil Jury Instructions or the Judicial Council of California Civil Jury Instructions.

    b. If the parties cannot agree upon one complete set of instructions, they are required to submit one set of instructions to which they have agreed and two sets (one for each party) of supplemental instructions to which they have not agreed.

    c. The parties shall submit the joint instructions and supplemental instructions (if any) by **December 30, 2016** along with any objections to the non-agreed-upon instructions proposed by the other party.  Any and all objections shall be in writing and shall set forth the proposed instruction objected to in its entirety.  The objection shall contain citation to authority

    explaining why the instruction is improper and a concise statement of argument concerning the instruction.

  d. The jury instructions shall be presented in the following format:

    i. There must be two copies of each instruction.

    ii. The first copy should indicate the number of the proposed instruction, the instruction, and the authority supporting the instruction.

    iii. The second copy should contain only the proposed instruction – there should be no other marks or writings on the second copy and it shall not be submitted on pleading paper.

10. The parties shall not file duplicate exhibits.

11. The parties shall at all times comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Civil Rules, and the undersigned's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated:  August 1, 2016

_____
Hon. M. James Lorenz
United States District Judge